IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00093-RPM

INGRID IVERSEN, Individually and as
Personal Representative of the Estate of Terry Tyler,

      Plaintiff,

vs.

AGA SERVICE COMPANY,

      Defendant.

_____

ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT
_____

      Upon review of Plaintiff's Motion for Leave to File Second Amended Complaint

[15] it is

      ORDERED that the motion is granted and the Second Amended Complaint

attached thereto is accepted for filing.

      DATED: March 14th, 2014

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge