IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00093-RPM

INGRID IVERSEN, Individually and as
Personal Representative of the Estate of Terry Tyler,

    Plaintiff,
vs.

AGA SERVICE COMPANY,

    Defendant.

_____

ORDER DISMISSING OUTRAGEOUS CONDUCT CLAIM
_____

    In the original complaint, filed January13, 2014, [1] the amended complaint filed February 4, 2014,[8] and the second amended complaint filed March 13, 2014, [17], the plaintiff in the fifth claim for relief asserts the claim for outrageous conduct under Colorado law.  The defendant filed a Motion to Dismiss Outrageous Conduct Claim on February 18, 2014, [10].  The plaintiff responded on March 3, 2014, [14] and the defendant replied on March 17, 2014, [19].  The factual allegations contained in all three of the complaints asserting the fifth claim for relief for outrageous conduct are not sufficient under Colorado law to support that claim.  Accordingly, it is

    ORDERED that the fifth claim for relief in all of the complaints is dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

    DATED: March 17th, 2014

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge