IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-93-RPM

INGRID IVERSEN, individually and as personal
representative of the Estate of Terry Tyler,

    Plaintiff,

v.

AGA SERVICE COMPANY,

    Defendant.

---

**ORDER GRANTING "DEFENDANT AGA SERVICE COMPANY'S [UNOPPOSED] MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM MEXICO UNDER HAGUE EVIDENCE CONVENTION**

---

THIS MATTER comes before the Court on Defendant AGA Service Company's Unopposed Motion for Issuance of Letter of Request for International Judicial Assistance From Mexico Under Hague Evidence Convention" (the "Motion"). The Court, being fully apprised of the relevant facts,

FINDS that counsel for Defendant has conferred with counsel for Plaintiff, and counsel for Plaintiff does not oppose the Motion;

FINDS that the proposed Letter of Request submitted by Defendant's counsel conforms to both the "Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters," 23 U.S.T. 2555 (the "Hague Evidence Convention"), and the "Model for Letters of Request" published by the Hague Conference;

FINDS that the Mexican medical records sought by Defendant AGA Service Company are relevant to this case; and

FURTHER FINDS that resort to the Hague Evidence Convention is appropriate to obtain the requested medical records from Dr. Arturo Javier Barrera Bortoni and Hospital de la Fe in San Miguel de Allende, Guanajuato, Mexico.

THEREFORE, this Court ORDERS that the Motion be and the same hereby is GRANTED.

DATED: May 6th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior United States District Court Judge