IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00093-RPM

INGRID IVERSEN, Individually and as
Personal Representative of the Estate of Terry Tyler,

    Plaintiff,

vs.

AGA SERVICE COMPANY,

    Defendant.

_____

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES
_____

THIS MATTER having come before the Court on the Parties' Joint Motion for Extension of Expert Disclosure Deadlines and Dispositive Motion Deadline, and the Court being fully advised herein, finds good cause exists for the requested extensions and hereby GRANTS the Joint Motion. The deadlines are extended as follows:

*The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before:* 90 days after the Discovery Deadline (which is December 31, 2014).

*The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before:* 60 days after initial expert disclosures set forth above.

*Any rebuttal opinions will be exchanged on or before:* 30 days after contradicting expert disclosures set forth above.

*Dispositive Motion Deadline*: 30 days after the rebuttal opinion disclosures set forth above.

DATED: February 24th, 2015

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge