IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00093-RPM

INGRID IVERSEN, Individually and as
Personal Representative of the Estate of Terry Tyler,

    Plaintiff,

vs.

AGA SERVICE COMPANY,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

    Defendant having filed a motion for summary judgment, the September 28, 2015, pretrial conference and the September 24, 2015, deadline to submit a proposed Final Pretrial Order are vacated.

DATED: September 18, 2015