IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00093-RPM

INGRID IVERSEN, Individually and as
Personal Representative of the Estate of Terry Tyler,

    Plaintiff,

vs.

AGA SERVICE COMPANY,

    Defendant.

_____

## FINAL JUDGMENT
_____

Pursuant to the Court's rulings at the February 11, 2016, motions hearing and the Order Granting Summary Judgment of Dismissal entered by Senior District Judge Richard P. Matsch on February 17, 2016, it is

ORDERED AND ADJUDGED that all of the Plaintiff's claims and this civil action are dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

DATED: February 17th, 2016

BY THE COURT:

JEFFREY P. COLWELL, Clerk

By s/M.V.Wentz
_____
      Deputy